■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BENNETT, JR., Appellant.—Judgment unanimously reversed on the law and indictment dismissed. Memorandum: The court erred in charging, over defendant's objection, that the jury could consider the crime of robbery in the third degree (Penal Law § 160.05) as a lesser included offense of

robbery in the second degree under the first count of the indictment, which alleged that he forcibly stole property while aided by another person actually present *(see,* Penal Law § 160.10 [1]). There is no reasonable view of the evidence by which defendant was guilty of forcibly stealing property but that he was not aided by another person actually present *(see, People v Glover,* 57 NY2d 61, 63; *see also, People v Hicks,* 134 AD2d 909, *lv denied* 70 NY2d 956). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—robbery, third degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.